**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 133 EAL 2015
: 
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
JEFFREY AURSBY, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.